JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Patrick Merrill

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Murray L. Greenfield & Associates
9636 Bustleton Avenue, Philadelphia, PA 19115
215-677-5300

## DEFENDANTS
Jeffrey L. Straight & Cole Freight Line LLC

County of Residence of First Listed Defendant  Mahoning
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [X] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending |  |  | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability |  |  | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | **IMMIGRATION** | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property |  | [ ] 462 Naturalization Application |  |  |
|  | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 448 Education / [ ] 550 Civil Rights |  |  |  |
|  | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. Section 1332
Brief description of cause:
Motor vehicle

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** Excess of $75,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____   DOCKET NUMBER _____

DATE 9/20/22
SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## DESIGNATION FORM
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 8111 Castor Avenue, Apt 1 Basement, Philadelphia, PA 19152

Address of Defendant: 3679 Stauton Drive, Youngstown, OH 44505

Place of Accident, Incident or Transaction: Philadelphia County, Pennsylvania

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes [ ]  No [✓]

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes [ ]  No [✓]

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes [ ]  No [✓]

I certify that, to my knowledge, the within case [ ] is / [✓] is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 09/20/2022    *Attorney-at-Law / Pro Se Plaintiff*    38103   *Attorney I.D. # (if applicable)*

---

**CIVIL:** (Place a √ in one category only)

**A. Federal Question Cases:**
1. Indemnity Contract, Marine Contract, and All Other Contracts
2. FELA
3. Jones Act-Personal Injury
4. Antitrust
5. Patent
6. Labor-Management Relations
7. Civil Rights
8. Habeas Corpus
9. Securities Act(s) Cases
10. Social Security Review Cases
11. All other Federal Question Cases
    (Please specify): _____

**B. Diversity Jurisdiction Cases:**
1. Insurance Contract and Other Contracts
2. Airplane Personal Injury
3. Assault, Defamation
4. Marine Personal Injury
5. [✓] Motor Vehicle Personal Injury
6. Other Personal Injury (Please specify): _____
7. Products Liability
8. Products Liability – Asbestos
9. All other Diversity Cases
   (Please specify): _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Murray L. Greenfield, counsel of record *or* pro se plaintiff, do hereby certify:

[✓] Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

[ ] Relief other than monetary damages is sought.

DATE: 09/20/2022    *Attorney-at-Law / Pro Se Plaintiff*    38103   *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

MURRAY L. GREENFIELD & ASSOCIATES
By:  Murray L. Greenfield, Esquire                                    Attorneys for Plaintiff
Attorney Identification No. 38103
9636 Bustleton Avenue
Philadelphia, PA 19115
215-677-5300
murraygreenfield@verizon.net

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK MERRILL<br>8111 CASTOR AVENUE<br>APT. 1 BASEMENT<br>PHILADELPHIA, PA 19152 | :<br>:<br>: CIVIL ACTION<br>: |
| vs. | : No. 22-3746 |
| JEFFREY L. STRAIGHT<br>3679 STAUNTON DRIVE<br>YOUNGSTOWN, OH 44505<br>    and<br>COLE FREIGHT LINE LLC<br>42560 BUCKEYE ROAD<br>LISBON OH 44432 | :<br>: JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

**COMPLAINT - CIVIL ACTION**
**TORTS – 350**
**MOTOR VEHICLE**

The Plaintiff, Patrick Merrill, by and through his counsel, Murray L. Greenfield & Associates, hereby files this Complaint and in support thereof avers as follows:

**NATURE OF ACTION**

1.  The Plaintiff, Patrick Merrill, brings this action to recover monetary damages as a result of a motor vehicle accident.

**PARTIES**

2. Plaintiff, Patrick Merrill, is an adult individual residing at the above-captioned address.

3. Defendant, Jeffrey L. Straight is an adult individual residing at the above-captioned address.

4. Defendant, Cole Freight Line LLC is an organization duly organized and existing under and by virtue of the laws of the State of Ohio with registered offices located at the above-captioned address.

## JURISDICTION

5. The Court's jurisdiction is founded on 28 U.S.C. § 1332 (a)(1). Venue is in the Eastern District of Pennsylvania under 28 U.S.C. § 1391 (a)(1).

## GENERAL ALLEGATIONS

6. On or about May 5, 2021, Plaintiff, Patrick Merrill was a restrained driver of a Lyft vehicle, transporting two passengers and traveling in the left lane of I-76 when a tractor trailer/18 wheeler, owned by Defendant, Colt Freight Line LLC and operated by Defendant, Jeffrey L. Straight, rear-ended Plaintiff's vehicle causing a severe collision. Said collision caused injuries and damages to Plaintiff as hereinafter set forth.

## COUNT I
## PATRICK MERRILL V. JEFFREY L. STRAIGHT

7. Plaintiff hereby incorporates by reference paragraphs 1 through 6 as though the same were fully set forth herein at length.

8. The negligence of the Defendant, Jeffrey L. Straight consisted, *inter alia*, of the following:

   a. operating a motor vehicle without having the motor vehicle under control;

   b. being inattentive to the condition of the traffic at the point aforesaid;

    c.  operating a motor vehicle without being able to bring it to a stop within the assured clear distance ahead;

    d.  operating a motor vehicle at an excessive rate of speed under the circumstances;

    e.  violating various state statutes relative to the proper and safe operation of motor vehicles; and

    f.  being otherwise careless, reckless and negligent as the consequences and discovery may disclose.

  9.  As a result of the accident, as aforementioned, the Plaintiff, Patrick Merrill sustained various injuries to his body, including but not limited to, right knee meniscal tear requiring two injections and surgery, concussion, cervical disc herniations at C2-3, C3-4, C4-5, C5-6 and C6-7, bilateral radiculopathy in the cervical spine, cervical, thoracic and lumbar sprain and strain and headaches, the extent of which is not yet known, which injuries have prevented him, and may continue to prevent him, from attending to his daily and usual duties and occupations; all of which injuries and conditions are, or may be, permanent in nature.

  10.  As a result of the negligence of the Defendant, as aforesaid, Plaintiff has undergone and endured great physical pain, suffering and mental anguish and will continue to endure great physical pain, suffering and mental anguish for an indefinite time in the future to his great detriment and loss.

  11.  As a further result of the accident, as aforementioned, Plaintiff has been obliged to receive and undergo medical attention and care and to expend various sums of money and to incur various expenses for the injuries he has sustained.

  12.  The treatment of Plaintiff includes, but is not limited to, the following:

a. Dr. Mark Brown
1306 Cottman Avenue
Philadelphia, PA 19111

b. Pennsylvania Hospital
800 Spruce Street
Philadelphia, PA 19107

c. Northeast Open MRI
9815 Roosevelt Boulevard
Suite K
Philadelphia, PA 19114

d. Penn Presbyterian Medical Center
Penn Medicine
51 N. 39th Street
Philadelphia, PA 19104

e. Dr. Gwo-Chin Lee
3737 Market Street
8th Floor
Philadelphia, PA 19104

f. Dr. Stacey Trooskin
1233 Locust Street
4th Floor
Philadelphia, PA 19107

13. As a further result of the accident aforesaid, Plaintiff has sustained a medically determinable physical and/or mental impairment which prevents Plaintiff from performing all or substantially all of the material acts which constitute his usual and daily activities and which continues to his great detriment and loss.

14. As a further result of the accident, Plaintiff has suffered loss of his earnings, and may continue to suffer from a permanent impairment of his earning power and capacity.

15. As a result of his injuries, Plaintiff may hereinafter incur other medical expenses which exceed sums recoverable under Pa. C.S.A. § 1711.

16. As a further result of the accident, there exists health insurance lien with the Department of Human Services which to date totals $5,167.12.

WHEREFORE, Plaintiff, Patrick Merrill demands judgment in his favor and against Defendant, Jeffrey L. Straight in an amount in excess of Seventy Five Thousand Dollars ($75,000.00) plus costs and interests.

## COUNT II
## PATRICK MERRILL V. COLE FREIGHT LINE LLC

17. Plaintiff hereby incorporates by reference paragraphs 1 through 16 as though the same were fully set forth herein at length.

18. The negligence of the Defendant, Cole Freight Line LLC consisted, *inter alia*, of allowing Defendant, Jeffrey L. Straight to do the following:

    a. operating a motor vehicle without having the motor vehicle under control;

    b. being inattentive to the condition of the traffic at the point aforesaid;

    c. operating a motor vehicle without being able to bring it to a stop within the assured clear distance ahead;

    d. operating a motor vehicle at an excessive rate of speed under the circumstances;

    e. violating various state statutes relative to the proper and safe operation of motor vehicles; and

    f. being otherwise careless, reckless and negligent as the consequences and discovery may disclose.

19. As a result of the accident, as aforementioned, the Plaintiff, Patrick Merrill sustained various injuries to his body, including but not limited to, right knee meniscal tear requiring two injections and surgery, concussion, cervical disc herniation at C2-3, C3-4, C4-5,

C5-6 and C6-7, bilateral radiculopathy in the cervical spine, cervical, thoracic and lumbar sprain and strain and headaches, the extent of which is not yet known, which injuries have prevented him, and may continue to prevent him, from attending to his daily and usual duties and occupations; all of which injuries and conditions are, or may be, permanent in nature.

20. As a result of the negligence of the Defendant, as aforesaid, Plaintiff has undergone and endured great physical pain, suffering and mental anguish and will continue to endure great physical pain, suffering and mental anguish for an indefinite time in the future to his great detriment and loss.

21. As a further result of the accident, as aforementioned, Plaintiff has been obliged to receive and undergo medical attention and care and to expend various sums of money and to incur various expenses for the injuries he has sustained.

22. The treatment of Plaintiff includes, but is not limited to, the following:

    a.    Dr. Mark Brown
          1306 Cottman Avenue
          Philadelphia, PA 19111

    b.    Pennsylvania Hospital
          800 Spruce Street
          Philadelphia, PA 19107

    c.    Northeast Open MRI
          9815 Roosevelt Boulevard
          Suite K
          Philadelphia, PA 19114

    d.    Penn Presbyterian Medical Center
          Penn Medicine
          51 N. 39th Street
          Philadelphia, PA 19104

    e.    Dr. Gwo-Chin Lee
          3737 Market Street
          8th Floor
          Philadelphia, PA 19104

      f.      Dr. Stacey Trooskin
           1233 Locust Street
           4th Floor
           Philadelphia, PA 19107

23. As a further result of the accident aforesaid, Plaintiff has sustained a medically determinable physical and/or mental impairment which prevents Plaintiff from performing all or substantially all of the material acts which constitute his usual and daily activities and which continues to his great detriment and loss.

24. As a further result of the accident, Plaintiff has suffered loss of his earnings, and may continue to suffer from a permanent impairment of his earning power and capacity.

25. As a result of his injuries, Plaintiff may hereinafter incur other medical expenses which exceed sums recoverable under Pa. C.S.A. § 1711.

26. As a further result of the accident, there exists health insurance lien with the Department of Human Services which to date totals $5,167.12.

WHEREFORE, Plaintiff, Patrick Merrill demands judgment in his favor and against Defendant, Cole Freight Line LLC in an amount in excess of Seventy Five Thousand Dollars ($75,000.00) plus costs and interests.

                          MURRAY L. GREENFIELD & ASSOCIATES

                          _____
Date: 9/19/22                  MURRAY L. GREENFIELD, ESQUIRE

## VERIFICATION

I, Patrick Merrill, verify that the statements made in this pleading are true and correct. I understand that false statements herein are made subject to the penalties of F.R.C.P. 11(b) relating to unsworn falsification to authorities.

_____
PATRICK MERRILL

Date: 19-09-22